UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP A. POCHINSKY,<br><br>      Plaintiff,<br><br>  v.<br><br>STANDARD AVB FINANCIAL CORP., TERENCE L. GRAFT, GREGORY J. SAXON, DALE A. WALKER, ANDREW W. HASLEY, WILLIAM T. FERRI, PAUL A. IURLANO, JOHN M. LALLY, JENNIFER H. LUNDEN, DAVID C. MATHEWS, RONALD J. MOCK, THOMAS J. RENNIE, R. CRAIG THOMASMEYER, and TIMOTHY K. ZIMMERMAN,<br><br>      Defendants | Case No.: 1:20-cv-10176-LAP |

## NOTICE OF VOLUNTARY DISMISSAL

  Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: January 28, 2021      Respectfully submitted,

                **MONTEVERDE & ASSOCIATES PC**

                */s/Juan E. Monteverde*
                Juan E. Monteverde (JM-8169)
                The Empire State Building
                350 Fifth Avenue, Suite 4405
                New York, New York 10118
                Tel: 212-971-1341
                Fax: 212-202-7880

                *Attorneys for Plaintiff*